

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00554-CV

Kathleen **BARRACO**,
Appellant

v.

**LEVY TOWNHOUSE OWNERS, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19385
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant Kathleen Barraco.

SIGNED October 14, 2015.

_____
Patricia O. Alvarez, Justice